ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                )
                                            )
John C. Grimberg Co., Inc.                  )      ASBCA No. 59954
                                            )
Under Contract No. N40080-10-D-0492         )

APPEARANCES FOR THE APPELLANT:       Jennifer R. Budd, Esq.
                                     Lane F. Kelman, Esq.
                                       Cohen Seglias Pallas Greenhall
                                       & Furman PC

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
                                       Navy Chief Trial Attorney
                                     Matthew D. Bordelon, Esq.
                                       Senior Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' Joint Stipulation of Judgment Pursuant to Settlement Agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $256,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: 30 March 2017

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I concur                             I concur

MARK N. STEMPLER                     RICHARD SHACKLEFORD
Administrative Judge                 Administrative Judge
Acting Chairman                      Vice Chairman
Armed Services Board                 Armed Services Board
of Contract Appeals                  of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59954, Appeal of John C. Grimberg Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
